**Jeffrey Dennard McNEAIR,**
**Plaintiff—Appellant,**

v.

**Obie GIBSON; Michael Allen; Brandon Brooks; Regina Williams; Craig Stancil; Jeff Tilley, Defendants—Appellees.**

No. 09–7851.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 10, 2010.

Decided: May 26, 2010.

---

\* We note that the district court did not have the benefit of *Wilkins* at the time it issued its

Jeffrey Dennard McNeair, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Michael Bredenberg, Office of the United States Attorney, Raleigh, North Carolina, for Appellees.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed in part, vacated in part, and remanded by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Dennard McNeair, a federal prisoner, appeals the district court's order denying relief on his civil complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). With regard to McNeair's excessive force claim, we vacate that portion of the district court's order and remand for further consideration in light of *Wilkins v. Gaddy,* —— U.S. ——, 130 S.Ct. 1175, —— L.Ed.2d —— (2010).\* Turning to

opinion.

McNeair's remaining claims, we have reviewed the record and find no reversible error in the district court's rejection of those claims. Accordingly, we affirm the district court's denial of relief on the remaining claims for the reasons stated by the court. *McNeair v. Gibson*, No. 5:08–ct–03107–D (E.D.N.C. Sept. 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED IN PART, VACATED IN PART, AND REMANDED.*